# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CATHERINE TORRIJOS,**

      Plaintiff,

  -vs-

**CAROLYN COLVIN, Acting Commissioner
of the Social Security Administration,**

      Defendant.

Case No. 14-C-1148

## DECISION AND ORDER

This matter comes before the Court on Catherine Torrijos' motion for leave to proceed in forma pauperis on appeal from the denial of her application for social security disability benefits. Torrijos' petition demonstrates an inability to pay the costs associated with this lawsuit, and the complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Torrijos' motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 20th day of October, 2014.

                    **BY THE COURT:**

                    *Rudolph T. Randa*

                    **HON. RUDOLPH T. RANDA
U.S. District Judge**